# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 17, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Arturo Daniel Aranda
          v. Bobby Lumpkin, Director, Texas Department of Criminal
          Justice, Correctional Institutions Division
          No. 22-7301
          (Your No. 20-70008)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 10, 2023 and placed on the docket April 17, 2023 as No. 22-7301.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Jeffrey Atkins
                              Deputy Clerk

